IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50165
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CARLOS REYNA-MORENO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-98-CR-498-1
- - - - - - - - - -
December 8, 2000

Before DAVIS, JONES and DEMOSS, Circuit Judges.

PER CURIAM:[*]

    Carlos Reyna-Moreno (Reyna) appeals his conditional guilty-plea conviction of two counts of illegal transportation of aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).  Reyna argues that the district court erred in denying his motion to suppress because the stop of the vehicle he was driving was not supported by reasonable suspicion.

    Viewing the evidence in the light most favorable to the Government, and given the totality of the circumstances, we hold that the decision to stop Reyna was based on specific,

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

articulable facts, and reasonable inferences, that reasonably warranted the suspicion that his vehicle was involved in illegal activity.  See United States v. Zapata-Ibarra, 212 F.3d 877 (5th Cir. 2000).

AFFIRMED.